DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**ROSEMENE SINCERE,**
Appellant,

v.

**LINDSLEY J. DENIS** and **RACHELE DENIS,**
Appellees.

No. 4D2025-1959

[March 5, 2026]

Appeal from the County Court for the Fifteenth Judicial Circuit, Palm Beach County; Santo DiGangi, Judge; L.T. Case No. 50-2024-SC-012021-XXXA-MB.

Rosemene Sincere, Delray Beach, pro se.

No brief filed on behalf of appellee.

PER CURIAM.

*Affirmed.*

GROSS, CIKLIN and LOTT, JJ., concur.

\*      \*      \*

***Not final until disposition of timely-filed motion for rehearing.***